**REMAND/MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-922-GW(VBKx) | Date | September 9, 2010 |
|---|---|---|---|
| Title | *Federal Home Loan Mortgage Corporation v. Ana G. Escalante, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

Scheduling Conference and Order to Show Cause hearings are not held. The parties are not present.

For reasons stated in the Court's previous rulings, the above-entitled action is hereby remanded back to the Riverside County Superior Court, Moreno Valley Division (MNC10002336).

: 

Initials of Preparer   JG